## MASSOOD & BRONSNICK, LLC

COUNSELLORS AT LAW

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*

°Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

Email: ABRONSNICK@MASSOODLAW.COM

November 7, 2012

**<u>Via ECF</u>**
Honorable Madeline Cox Arleo, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>   Re:   *Montvale Surgical Center, LLC v. Connecticut General Life
>         Insurance Company, et al.*
>         Docket No.: 2:12-cv-04043-SDW-MCA

Dear Judge Arleo:

    Please be advised the parties have resolved the above-referenced case. With consent of my adversary, we respectfully request entry of a sixty (60) day order dismissing the case without prejudice in light of the proposed settlement.

    Thank you for your consideration of this matter.

    Respectfully,

    ANDREW BRONSNICK, ESQ.

cc: Allana Lyn Nason, Esq.  (Via ECF)